UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.E., a minor, and LAURA ESCUDE as guardian of T.E., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendants. | No. C11-1424RSL <br><br><br><br> ORDER CLOSING CASE |

This matter comes before the Court *sua sponte*. On October 28, 2011, plaintiff was directed to pay the $350.00 filing fee for the above-captioned matter on or before November 29, 2011. As of this date, no fee has been received. The Clerk of Court is therefore directed to close this case.

Defendant's pending motion for summary judgment (Dkt. # 4) is DENIED as moot.

Dated this 2nd day of December, 2011.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER CLOSING CASE